UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
UNITED GROUP INTERNATIONAL, INC. § Case No. 09-45018
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/GREGG SZILAGYI_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 09-45018 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | UNITED GROUP INTERNATIONAL, INC. | | | | Date Filed (f) or Converted (c): | 11/27/2009 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2010 |
| For Period Ending: | 01/14/2015 | | | | Claims Bar Date: | 06/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SURPLUS FROM SALE OF TRUCKS (u) | Unknown | 0.00 | | 32,381.65 | FA |
| 2. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK WITH APPR | 85,000.00 | Unknown | | 0.00 | FA |
| 3. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK WITH APPR | 85,000.00 | Unknown | | 0.00 | FA |
| 4. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK WITH APPR | 100,000.00 | Unknown | | 0.00 | FA |
| 5. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK WITH APPR | 100,000.00 | Unknown | | 0.00 | FA |
| 6. AUTOMOBILE OR OTHER VEHICLE - 2010 UTILITY TRAILER | 60,000.00 | Unknown | | 0.00 | FA |
| 7. AUTOMOBILE OR OTHER VEHICLE - 2010 UTILITY TRAILER | 60,000.00 | Unknown | | 0.00 | FA |
| 8. AUTOMOBILE OR OTHER VEHICLE - 2010 UTILITY TRAILER | 60,000.00 | Unknown | | 0.00 | FA |
| 9. AUTOMOBILE OR OTHER VEHICLE - 2010 UTILITY TRAILER | 60,000.00 | Unknown | | 0.00 | FA |
| 10. AUTOMOBILE OR OTHER VEHICLE - 2007 VOLVO SEMITRUCK | 60,000.00 | Unknown | | 0.00 | FA |
| 11. AUTOMOBILE OR OTHER VEHICLE - 2007 VOLVO SEMITRUCK | 60,000.00 | Unknown | | 0.00 | FA |
| 12. AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 13. AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 14. AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 15. AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 16. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 17. AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 90,000.00 | Unknown | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 09-45018 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | UNITED GROUP INTERNATIONAL, INC. | | | | Date Filed (f) or Converted (c): | 11/27/2009 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2010 |
| For Period Ending: | 01/14/2015 | | | | Claims Bar Date: | 06/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 90,000.00 | Unknown | | 0.00 | FA |
| 19. AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 90,000.00 | Unknown | | 0.00 | FA |
| 20. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 21. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 22. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 23. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 24. AUTOMOBILE OR OTHER VEHICLE - FRHT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 25. AUTOMOBILE OR OTHER VEHICLE- 2006 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 26. AUTOMOBILE OR OTHER VEHICLE- 2006 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 27. AUTOMOBILE OR OTHER VEHICLE- 2006 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 28. AUTOMOBILE OR OTHER VEHICLE- 2006 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 29. AUTOMOBILE OR OTHER VEHICLE- 2007 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 30. AUTOMOBILE OR OTHER VEHICLE- 2007 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 31. AUTOMOBILE OR OTHER VEHICLE- 2007 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 32. AUTOMOBILE OR OTHER VEHICLE- 2007 UTILITY TRAILER | 8,000.00 | Unknown | | 0.00 | FA |
| 33. AUTOMOBILE OR OTHER VEHICLE- 2007 UTILITY TRAILER | 8,000.00 | Unknown | | 0.00 | FA |
| 34. AUTOMOBILE OR OTHER VEHICLE- 2006 UTILITY TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 35. AUTOMOBILE OR OTHER VEHICLE - 2006 STOUGHT TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 36. AUTOMOBILE OR OTHER VEHICLE - 2006 STOUGHT TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 37. AUTOMOBILE OR OTHER VEHICLE - 2006 STOUGHT TRAILER | 5,000.00 | Unknown | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 09-45018 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | UNITED GROUP INTERNATIONAL, INC. | | | | Date Filed (f) or Converted (c): | 11/27/2009 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2010 |
| For Period Ending: | 01/14/2015 | | | | Claims Bar Date: | 06/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 38. AUTOMOBILE OR OTHER VEHICLE- 2007 VOLVO SEMI TRUCK | 50,000.00 | Unknown | | 0.00 | FA |
| 39. AUTOMOBILE OR OTHER VEHICLE- 2007 VOLVO SEMI TRUCK | 50,000.00 | Unknown | | 0.00 | FA |
| 40. AUTOMOBILE OR OTHER VEHICLE- 2007 VOLVO SEMI TRUCK | 50,000.00 | Unknown | | 0.00 | FA |
| 41. AUTOMOBILE OR OTHER VEHICLE- 2007 VOLVO SEMI TRUCK | 50,000.00 | Unknown | | 0.00 | FA |
| 42. AUTOMOBILE OR OTHER VEHICLE - FRHT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 43. AUTOMOBILE OR OTHER VEHICLE- 2009 VOLVO SEMI TRUCK | 80,000.00 | Unknown | | 0.00 | FA |
| 44. AUTOMOBILE OR OTHER VEHICLE- 2009 VOLVO SEMI TRUCK | 80,000.00 | Unknown | | 0.00 | FA |
| 45. AUTOMOBILE OR OTHER VEHICLE- 2009 VOLVO SEMI TRUCK | 80,000.00 | Unknown | | 0.00 | FA |
| 46. AUTOMOBILE OR OTHER VEHICLE- FHRT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 47. AUTOMOBILE OR OTHER VEHICLE- FHRT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 48. AUTOMOBILE OR OTHER VEHICLE- FHRT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 49. AUTOMOBILE OR OTHER VEHICLE- 2009 FHRT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 50. AUTOMOBILE OR OTHER VEHICLE- 2009 FHRT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 51. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 52. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 53. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 54. AUTOMOBILE OR OTHER VEHICLE - 2007 VOLVO SEMITRUCK | 5,000.00 | Unknown | | 0.00 | FA |
| 55. AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 65,000.00 | Unknown | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 09-45018 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | UNITED GROUP INTERNATIONAL, INC. | | | | Date Filed (f) or Converted (c): | 11/27/2009 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2010 |
| For Period Ending: | 01/14/2015 | | | | Claims Bar Date: | 06/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 56. AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 65,000.00 | Unknown | | 0.00 | FA |
| 57. AUTOMOBILE OR OTHER VEHICLE - 2009 UTILITY REEFER | 35,000.00 | Unknown | | 0.00 | FA |
| 58. AUTOMOBILE OR OTHER VEHICLE - 2009 UTILITY REEFER | 35,000.00 | Unknown | | 0.00 | FA |
| 59. AUTOMOBILE OR OTHER VEHICLE - 2009 UTILITY REEFER | 35,000.00 | Unknown | | 0.00 | FA |
| 60. AUTOMOBILE OR OTHER VEHICLE - 2004 STRICKS TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 61. AUTOMOBILE OR OTHER VEHICLE - 2004 STRICKS TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 62. AUTOMOBILE OR OTHER VEHICLE - 2004 STRICKS TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 63. AUTOMOBILE OR OTHER VEHICLE - 2004 STRICKS TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 64. AUTOMOBILE OR OTHER VEHICLE - 2004 STRICKS TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 65. OFFICE EQUIPMENT | 500.00 | 500.00 | | 0.00 | FA |
| 66. BANK ACCOUNT - CHASE | 1,000.00 | Unknown | | 0.00 | FA |
| 67. BANK ACCOUNT - CHASE | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 68. BANK ACCOUNT - CHASE | 500.00 | 500.00 | | 0.00 | FA |
| 69. BANK ACCOUNT - WASH MUTUAL | 100.00 | 100.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.37 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $3,630,100.00 | $2,100.00 | | $32,389.02 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

THIS CASE IS READY TO BE CLOSED AND A TFR WILL BE FILED IN 1Q 2015

Initial Projected Date of Final Report (TFR): 12/31/2011            Current Projected Date of Final Report (TFR): 12/01/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 09-45018 | Trustee Name: GREGG SZILAGYI |
| Case Name: UNITED GROUP INTERNATIONAL, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5401 |
| | Checking Acccount |
| Taxpayer ID No: XX-XXX5130 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/14/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX2338 | Transfer of Funds | 9999-000 | $31,948.10 | | $31,948.10 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $19.69 | $31,928.41 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $20.34 | $31,908.07 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $19.67 | $31,888.40 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.31 | $31,868.09 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $47.37 | $31,820.72 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $42.73 | $31,777.99 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $47.24 | $31,730.75 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $45.65 | $31,685.10 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $47.11 | $31,637.99 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $45.52 | $31,592.47 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $46.97 | $31,545.50 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $46.90 | $31,498.60 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $45.32 | $31,453.28 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $46.76 | $31,406.52 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $45.19 | $31,361.33 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.62 | $31,314.71 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Page Subtotals: $31,948.10  $633.39

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 09-45018 | Trustee Name: | GREGG SZILAGYI |
| Case Name: UNITED GROUP INTERNATIONAL, INC. | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX5401 |
| | | Checking Acccount |
| Taxpayer ID No: XX-XXX5130 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 01/14/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.56 | $31,268.15 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.99 | $31,226.16 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.42 | $31,179.74 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.86 | $31,134.88 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.29 | $31,088.59 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.73 | $31,043.86 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.16 | $30,997.70 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.09 | $30,951.61 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.53 | $30,907.08 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.95 | $30,861.13 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.40 | $30,816.73 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.81 | $30,770.92 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*   Page Subtotals:   $0.00   $543.79

| | | |
|---|---:|---:|
| COLUMN TOTALS | $31,948.10 | $1,177.18 |
| Less: Bank Transfers/CD's | $31,948.10 | $0.00 |
| Subtotal | $0.00 | $1,177.18 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $1,177.18 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 09-45018  
Case Name: UNITED GROUP INTERNATIONAL, INC.  
Taxpayer ID No: XX-XXX5130  
For Period Ending: 01/14/2015  

Trustee Name: GREGG SZILAGYI  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX2338  
MONEY MARKET ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/03/10 | 1 | NAVISTAR | SURPLUS FROM SALE OF TRUCK COLLATERAL | 1229-000 | $32,381.65 | | $32,381.65 |
| 11/30/10 | INT | Bank of America | Interest Rate  0.030 | 1270-000 | $0.61 | | $32,382.26 |
| 12/31/10 | INT | Bank of America | Interest Rate  0.030 | 1270-000 | $0.83 | | $32,383.09 |
| 01/31/11 | INT | Bank of America | Interest Rate  0.030 | 1270-000 | $0.83 | | $32,383.92 |
| 02/28/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.25 | | $32,384.17 |
| 03/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.28 | | $32,384.45 |
| 04/29/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.26 | | $32,384.71 |
| 05/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.28 | | $32,384.99 |
| 06/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.27 | | $32,385.26 |
| 07/29/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.27 | | $32,385.53 |
| 08/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.28 | | $32,385.81 |
| 09/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.27 | | $32,386.08 |
| 10/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.28 | | $32,386.36 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $41.26 | $32,345.10 |
| 11/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.27 | | $32,345.37 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $39.88 | $32,305.49 |
| 12/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.27 | | $32,305.76 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*    Page Subtotals:    $32,386.90    $81.14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 09-45018  
Case Name: UNITED GROUP INTERNATIONAL, INC.  
Taxpayer ID No: XX-XXX5130  
For Period Ending: 01/14/2015  

Trustee Name: GREGG SZILAGYI  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX2338  
MONEY MARKET ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $39.83 | $32,265.93 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.28 | | $32,266.21 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $42.32 | $32,223.89 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.26 | | $32,224.15 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $38.30 | $32,185.85 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.26 | | $32,186.11 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $39.57 | $32,146.54 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.27 | | $32,146.81 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $40.84 | $32,105.97 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.27 | | $32,106.24 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $40.79 | $32,065.45 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.25 | | $32,065.70 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $38.11 | $32,027.59 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.28 | | $32,027.87 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $42.00 | $31,985.87 |
| 08/30/12 | INT | Bank of America | | 1270-000 | $0.25 | | $31,986.12 |
| 08/30/12 | | Bank of America | | 2600-000 | | $38.02 | $31,948.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*        Page Subtotals:        $2.12        $359.78

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-45018 | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|
| Case Name: | UNITED GROUP INTERNATIONAL, INC. | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX2338 |
| | | | MONEY MARKET ACCOUNT |
| Taxpayer ID No: | XX-XXX5130 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/14/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer to Acct# XXXXXX5401 | Transfer of Funds | 9999-000 | | $31,948.10 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $32,389.02 | $32,389.02 |
| Less: Bank Transfers/CD's | $0.00 | $31,948.10 |
| Subtotal | $32,389.02 | $440.92 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $32,389.02 | $440.92 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2338 - MONEY MARKET ACCOUNT | $32,389.02 | $440.92 | $0.00 |
| XXXXXX5401 - Checking Acccount | $0.00 | $1,177.18 | $30,770.92 |
|  | $32,389.02 | $1,618.10 | $30,770.92 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $32,389.02 |
| Total Gross Receipts: | $32,389.02 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-45018-ERW
Debtor Name: UNITED GROUP INTERNATIONAL, INC.
Claims Bar Date: 6/28/2012

Date: January 14, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Administrative | | $0.00 | $3,988.90 | $3,988.90 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3210 | BALDI BERG & WALLACE<br>20 NORTH CLARK STREET<br>CHICAGO, IL  60602 | Administrative | | $0.00 | $4,310.50 | $4,310.50 |
| 1 300 7100 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois  60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $0.00 | $70.00 | $70.00 |
| 2 300 7100 | General Electric Capital Corp<br>300 E John Carpenter Fwy Ste 207<br>Irving, TX  75062 | Unsecured | | $0.00 | $356,619.79 | $356,619.79 |
| 3 300 7100 | Volvo Financial Services, a division of VFS US LLC<br>c/o Megan M. Adeyemo, Esq.<br>Gordon & Rees LLP<br>555 17th St., Ste. 3400<br>Denver, CO  80202 | Unsecured | | $0.00 | $103,955.68 | $103,955.68 |
| 4 300 7100 | VFS Leasing Co.<br>c/o Megan M. Adeyemo, Esq.<br>Gordon & Rees LLP<br>555 17th St., Ste. 3400<br>Denver, CO  80202 | Unsecured | | $0.00 | $116,567.89 | $116,567.89 |
| 5 300 7100 | Volvo Financial Services, a division of VFS US LLC<br>c/o Megan M. Adeyemo, Esq.<br>Gordon & Rees LLP<br>555 17th St., Ste. 3400<br>Denver, CO  80202 | Unsecured | | $0.00 | $220,311.65 | $220,311.65 |
| 6 300 7100 | Charter One Bank Div of RBS, Citzens N A<br>443 Jefferson Blvd West<br>Warwick, RI  02886<br>Attn: Courtney Izzo | Unsecured | | $0.00 | $59,909.63 | $59,909.63 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-45018-ERW  
Debtor Name: UNITED GROUP INTERNATIONAL, INC.  
Claims Bar Date: 6/28/2012  

Date: January 14, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 300 7100 | Pnc Equipment Finance, Llc<br>Attn: Candence Freede<br>995 Dalton Ave.<br>Cincinnati, Oh 45203 | Unsecured | | $0.00 | $48,486.66 | $48,486.66 |
| 8 300 7100 | Fsb American Express Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $9,211.24 | $9,211.24 |
| 9 300 7100 | Key Equipment Finance Inc<br>1000 S. Mccaslin Blvd<br>Superior, Co 80027 | Unsecured | | $0.00 | $265,996.33 | $265,996.33 |
| 1 400 4110 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois  60603<br>Attn: Bankruptcy Unit - 10th flr. | Secured | | $0.00 | $3,978.78 | $3,978.78 |
| | Case Totals | | | $0.00 | $1,193,407.05 | $1,193,407.05 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-45018
Case Name: UNITED GROUP INTERNATIONAL, INC.
Trustee Name: GREGG SZILAGYI

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |
| Attorney for Trustee Fees: BALDI BERG & WALLACE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | $ | $ | $ |
| 2 | General Electric Capital Corp | $ | $ | $ |
| 3 | Volvo Financial Services, a division of VFS US LLC | $ | $ | $ |
| 4 | VFS Leasing Co. | $ | $ | $ |
| 5 | Volvo Financial Services, a division of VFS US LLC | $ | $ | $ |
| 6 | Charter One Bank Div of | $ | $ | $ |
| 7 | Pnc Equipment Finance, Llc | $ | $ | $ |
| 8 | Fsb American Express Bank | $ | $ | $ |
| 9 | Key Equipment Finance Inc | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

  Remaining Balance                       $_____

  Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 19)*