**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| UNITED GROUP INTERNATIONAL, INC. | § | Case No. 09-45018 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/08/2015 in Courtroom 744,

U.S. Bankrptcy Court
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/11/2015 By: /s/ Gregg Szilagyi
Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL 60605*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| UNITED GROUP INTERNATIONAL, INC. | § | Case No. 09-45018 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 32,389.02 |
| and approved disbursements of | $ | 1,618.10 |
| leaving a balance on hand of[1] | $ | 30,770.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | $ 3,978.78 | $ 3,978.78 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 30,770.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 3,988.90 | $ 0.00 | $ 3,988.90 |
| Attorney for Trustee Fees: BALDI BERG & WALLACE | $ 4,310.50 | $ 0.00 | $ 4,310.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,299.40 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Remaining Balance $ 22,471.52

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,181,128.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | $ 70.00 | $ 0.00 | $ 1.33 |
| 2 | General Electric Capital Corp | $ 356,619.79 | $ 0.00 | $ 6,784.86 |
| 3 | Volvo Financial Services, a division of VFS US LLC | $ 103,955.68 | $ 0.00 | $ 1,977.80 |
| 4 | VFS Leasing Co. | $ 116,567.89 | $ 0.00 | $ 2,217.76 |
| 5 | Volvo Financial Services, a division of VFS US LLC | $ 220,311.65 | $ 0.00 | $ 4,191.53 |
| 6 | Charter One Bank Div of | $ 59,909.63 | $ 0.00 | $ 1,139.81 |
| 7 | Pnc Equipment Finance, Llc | $ 48,486.66 | $ 0.00 | $ 922.48 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Fsb American Express Bank | $ 9,211.24 | $ 0.00 | $ 175.25 |
| 9 | Key Equipment Finance Inc | $ 265,996.33 | $ 0.00 | $ 5,060.70 |

Total to be paid to timely general unsecured creditors $ 22,471.52

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
United Group International, Inc.
Debtor

Case No. 09-45018-ERW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: nmolina Page 1 of 2 Date Rcvd: Mar 11, 2015
Form ID: pdf006 Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2015.

db +United Group International, Inc., 2300 E. Higgins Road, Ste. 315, Elk Grove Village, IL 60007-2618
14779418 American Express, PO Box 0001, Los Angeles, CA 90096-0001
18997503 American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
14779423 +Arkansas Public Services Commission, Tax Division, PO Box 8021, Little Rock, AR 72203-8021
14779424 +Bally Total Fitness, 12440 East Imperial Suite 3, Norwalk, CA 90650-3178
14779436 ++CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 (address filed with court: Citi, Po Box 6000, The Lakes, NV 89163)
14779425 Capital One, Po Box 6492, Carol Stream, IL 60197-6492
14779426 Charter One, 1215 Superior Ave., Cleveland, OH 44114-3299
14779427 Charter One, PO Box 9799, Providence, RI 02940-9799
17819850 +Charter One Bank Div of, RBS, Citizens N A, 443 Jefferson Blvd West, Warwick, RI 02886-1321, Attn: Courtney Izzo
14779428 +Chase, 800 Brooksedge Blvd, Westerville, OH 43081-2822
14779431 +Chase, c/o Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153
14779433 +Chase, c/o Cardmember Services, Wilmington, DE 19886-0001
14779435 +Citi, PO Box 6241, Sioux Falls, SD 57117-6241
14779438 +Citi Cards, PO Box 688912, Des Moines, IA 50368-8912
14779444 +Daimler Truck Financial, 13650 Heritage Pkwy., Fort Worth, TX 76177-5323
14779447 +First Communications, 200 East Randolph St., Ste 200, Chicago, IL 60601-6414
14779448 First Equlity Card Corp., Po Box 23029, Vienna, GA 31092-3029
14779450 Ge Capial Solution, Po Box 822108, Philadelphia, PA 19182-2108
14779451 Ge Capital Solutions, PO Box 822108, Philadelphia, PA 19182-2108
17196702 +General Electric Capital Corp, 300 E John Carpenter Fwy Ste 207, Irving, TX 75062-2727
14779454 Harris, FIA Card Services, Po Box 15019, Wilmington, DE 19886-5019
14779455 +Hristov Hristo, 5357 N. Earst River Road, Apt. 603, Chicago, IL 60656-2372
14779458 Illinois Department of Employment S, PO Box 19286, Springfield, IL 62794-9286
14948076 +Illinois Department of Employment Security, 33 South State Street, Chicago, Illinois 60603-2808, Attn: Bankruptcy Unit - 10th flr.
14779459 Kansas Corporation Commission, Transportation Division, 1500 SW Arrowhead Road, Topeka, KS 66604-4027
14779461 +Kay Jewelers, Po Box 1799, Akron, OH 44309-1799
14779463 Macys, Po Box 689195, Des Moines, IA 50368-9195
14779464 +Mcydsnb, 9111 Duke Blvd., Mason, OH 45040-8999
14779465 +MediCarp Credit Corporation, 3333 Warenville Rd.,, Ste. 235, Lisle, IL 60532-1157
14779466 +National City Commercial Capital, Company, LLC, 995 Dalton Avenue, Cincinnati, OH 45203-1101
14779468 Navistar Financial Corporation, 75 Remittance Drive, Ste. 1852, Wood Dale, IL 60191
18732770 +PNC Equipment Finance, LLC, Attn: Candence Freede, 995 Dalton Ave., Cincinnati, OH 45203-1100
14779469 T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596
14779471 ++TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 (address filed with court: Toyota Motor Credit Corporation, 19001 S. Western Ave, Mailstop WF11, Torrance, CA 90501)
14779470 +Todor Atanassov, c/o Keating, O'Gara, Nedved & Peter, 530 South 13th St., Ste. 100, Lincoln, NE 68508-2710
14779473 ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 (address filed with court: US Bank/Na ND, 4325 17th Ave., S, Fargo, ND 58125)
14779472 US Bank/Na Na, Po Box 790408, Saint Louis, MO 63179-0408
17384235 +VFS Leasing Co., c/o Megan M. Adeyemo, Esq., Gordon & Rees LLP, 555 17th St., Ste. 3400, Denver, CO 80202-3937
14779474 Volvo Financial Services, 7025 Albert Pick Road, Ste. 105, PO Box 26131, Greensboro, NC 27402-6131
17384212 +Volvo Financial Services, a division of VFS US LLC, c/o Megan M. Adeyemo, Esq., Gordon & Rees LLP, 555 17th St., Ste. 3400, Denver, CO 80202-3937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

14779440 +E-mail/Text: rqulia@commercialcreditgroup.com Mar 12 2015 02:26:37 Commercial Credit Group, 121 West Trade Street, Ste. 2100, Charlotte, NC 28202-1161
14779460 E-mail/Text: ebnsterling@weltman.com Mar 12 2015 02:26:24 Kay Jewelers, Po Box 740425, Cincinnati, OH 45274-0425
14779462 +E-mail/Text: rita.robles@key.com Mar 12 2015 02:26:13 Key Equipment Finance, 3075 Highland Parkway, 7th Floor, Downers Grove, IL 60515-1288
19067552 +E-mail/Text: rita.robles@key.com Mar 12 2015 02:26:13 Key Equipment Finance Inc, 1000 S. McCaslin Blvd, Superior, CO 80027-9437
14779467 +E-mail/Text: EBN.Navistar@navistar.com Mar 12 2015 02:26:47 Navistar Financial Corporation, 425 N Martingale Road Ste 1800, Schaumburg, IL 60173-2216
14779420 E-mail/PDF: cbp@springleaf.com Mar 12 2015 02:18:04 American General Finance, 5124 N. Harlem Ave., Harwood Heights, IL 60706
14779422 E-mail/PDF: cbp@springleaf.com Mar 12 2015 02:18:05 American General Finance, Po Box 790368, Saint Louis, MO 63179-0368

TOTAL: 7

District/off: 0752-1 User: nmolina Page 2 of 2 Date Rcvd: Mar 11, 2015
Form ID: pdf006 Total Noticed: 48

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

14779419* American Express, PO Box 0001, Los Angeles, CA 90096-0001
14779432* +Chase, c/o Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153
14779429* +Chase, 800 Brooksedge Blvd, Westerville, OH 43081-2822
14779430* +Chase, 800 Brooksedge Blvd, Westerville, OH 43081-2822
14779434* +Chase, c/o Cardmember Services, Wilmington, DE 19886-0001
14779437* Citi, PO Box 6000, The Lakes, NV 89163-6000
14779439* +Citi Cards, PO Box 688912, Des Moines, IA 50368-8912
14779441* +Commercial Credit Group, 121 West Trade Street, Ste. 2100, Charlotte, NC 28202-1161
14779442* +Commercial Credit Group, 121 West Trade Street, Ste. 2100, Charlotte, NC 28202-1161
14779443* +Commercial Credit Group, 121 West Trade Street, Ste. 2100, Charlotte, NC 28202-1161
14779445* +Daimler Truck Financial, 13650 Heritage Pkwy., Fort Worth, TX 76177-5323
14779452* Ge Capital Solutions, PO Box 822108, Philadelphia, PA 19182-2108
14779453* Ge Capital Solutions, PO Box 822108, Philadelphia, PA 19182-2108
14779456* +Hristov Hristo, 5357 N. Earst River Road, Apt. 603, Chicago, IL 60656-2372
14779457* +Hristov Hristo, 5357 N. Earst River Road, Apt. 603, Chicago, IL 60656-2372
14779421* ++SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251
(address filed with court: American General Finance, 5124 N. Harlem Ave., Harwood Heights, IL 60706)
14779475* Volvo Financial Services, 7025 Albert Pick Road, Ste. 105, PO Box 26131, Greensboro, NC 27402-6131
14779476* Volvo Financial Services, 7025 Albert Pick Road, Ste. 105, PO Box 26131, Greensboro, NC 27402-6131
14779446 ##+Fia Csna, Po Box 17054, Wilmington, DE 19850-7054
14779449 ##+Fleet-Tech Transportation Services, PO Box 300848, Memphis, TN 38130-0848

TOTALS: 0, * 18, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2015 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2015 at the address(es) listed below:

Alexey Y Kaplan on behalf of Debtor United Group International, Inc. alex@alexkaplanlegal.com
Dennis A Berg on behalf of Creditor Mericap Credit Corporation dberg@pipalberg.com
Gregg Szilagyi gs@tailserv.com, gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
John S Graettinger, Jr on behalf of Creditor Commercial Credit Group Inc. jsg@pentwater.com, ecf@pentwater.com
Joseph A Baldi on behalf of Trustee Gregg Szilagyi jabaldi@baldiberg.com, jmanola@baldiberg.com
Kevin C. Driscoll on behalf of Creditor Navistar Financial Corporation kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Ryan T Brown on behalf of Creditor VFS Leasing Company rtbrown@gordonrees.com
Ryan T Brown on behalf of Creditor VFS US LLC rtbrown@gordonrees.com
Vincent T Borst on behalf of Creditor PNCEF, LLC d/b/a PNC Equipment Finance f/k/a National City Commercial Capital Company, LLC vborst@rsplaw.com

TOTAL: 10