FILED
APR - 8 2015
EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  )
     )
     )   Case No. 09 B 45018
UNITED GROUP INTERNATIONAL, INC.  )
     )
     )
     )   Chapter 7
Debtor.  )
     )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF BALDI BERG, LTD., ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $4,310.50 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $280.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $4,030.50 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $4,030.50**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(2)   **Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee,* 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

Dated: April 8, 2015

Eugene R. Wedoff
United States Bankruptcy Judge

**Baldi Berg, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

**Phone:** (312) 726-8150
**Fax:**   (312) 470-6323

**FEIN:** 36-4352753

**Invoice submitted to:**

September 30, 2014
Invoice No:   02522

Gregg Szilagyi, Trustee
Tailwind Services LLC
542 S. Dearborn St.
Suite 1060
Chicago, Illinois 60605

**In Reference to:**   *Szilagyi - United Group*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 11/03/2010 | JAB | Review docket re case (.2), Teleconference with UST re reopening (.4). E-mail to client re same (.2). Confer with JDL re motion (.2). | 1.00 $425.00/ hr | $425.00 |
| 11/09/2010 | JDL | Review docket and petition and schedules. | 0.80 $200.00/ hr | $160.00 |
| 11/10/2010 | JDL | Prepare Motion to Reopen case. (1.2) Email to trustee (.1) | 1.30 $200.00/ hr | $260.00 |
| 12/10/2010 | JDL | Continue preparation of Motion to Reopen. (1.0) Email to G. Szilagyi (.1) | .60 ~~1.10~~ $200.00/ hr | $220.00 −100.00 |
| 12/16/2010 | JDL | Revise Motion to Reopen (.5) Prepare Motion to Employ BBW (1.2) | 1.70 $200.00/ hr | $340.00 |
| 12/20/2010 | JDL | Finalize Motion to reopen (.2) Prepare for filing and service (.4) | 0.60 $200.00/ hr | $120.00 |
| 12/29/2010 | JDL | Appear on motion to reopen. (.4) Email to trustee (.1) | 0.50 $200.00/ hr | $100.00 |

−100.00

# Baldi Berg, Ltd

9/30/2014

Szilagyi - United Group                                                                  Page    2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/18/2011 | JDL | [handwritten: 6] Finalize motion to hire BBW (.6) Email to G. Szilagyi re Motion (.1) [handwritten: .20 / ~~0.70~~] | $200.00/ hr | $140.00 [handwritten: -100.00] |
| 1/25/2011 | JDL | Appear on Motion to Hire BBW. (.4) Email to trustee (.1) | 0.50 $200.00/ hr | $100.00 |
| 6/08/2011 | JDL | [handwritten circled] Prepare Motion to employ accountants. | 1.40 $200.00/ hr | $280.00 [handwritten: -80.00] |
| 6/09/2011 | JDL | Email to/from L. West re: motion (.2) Prepare motion to hire accountants for filing and service (.3) | 0.50 $200.00/ hr | $100.00 |
| 6/22/2011 | JAB | Prepare for and attend Motion to hire Accountants (Wedoff). (.5) Telephone call to accountant re follow up (.2) E-mail to client re status of case and additional services. (.2) Teleconference with defendants attorney re settlement agreement, release of claims, tax issues. (.4) Teleconference with accountant re treatment of payment, tax issues re same. (.5) Telephone call to debtor's attorney re retention as special counsel, approval of settlement and payment of admin expenses. (.4) | 2.20 $425.00/ hr | $935.00 |
| 6/22/2011 | JDL | Conference w/ JAB re: status | 0.10 $200.00/ hr | $20.00 |
| 4/15/2014 | JDL | Review claims (.4); Email to R. Podorovsky re: same (.1) | 0.50 $250.00/ hr | $125.00 |
| 4/15/2014 | RKP | Prepare prebill (.2); review claims filed (.3); analyze claims 1, 7, 9 and scheduled claims for creditors (.2). | 0.70 $195.00/ hr | $136.50 |
| 4/16/2014 | JAB | Review memo from RKP re United claims, discuss follow up with JDL. | 0.50 $450.00/ hr | $225.00 |
| 4/16/2014 | RKP | Review email from J. Loper re: claim issues (.1); email to J. Baldi re: analysis of claims 1, 7, 9 (.3); draft fee application for Baldi Berg (2.0); draft coversheet, affidavit (.2). | 2.60 $195.00/ hr | $507.00 |

[handwritten at bottom: -180.00]