# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| UNITED GROUP INTERNATIONAL, INC. | § | Case No. 09-45018 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on   . The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/GREGG SZILAGYI _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commercial Credit Group 121 West Trade Street, Ste. 2100 Charlotte, NC 28202 | | | | | |
| | Commercial Credit Group 121 West Trade Street, Ste. 2100 Charlotte, NC 28202 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commercial Credit Group 121 West Trade Street, Ste. 2100 Charlotte, NC 28202 | | | | | |
| | Commercial Credit Group 121 West Trade Street, Ste. 2100 Charlotte, NC 28202 | | | | | |
| | Daimler Truck Financial 13650 Heritage Pkwy. Fort Worth, TX 76177 | | | | | |
| | Daimler Truck Financial 13650 Heritage Pkwy. Fort Worth, TX 76177 | | | | | |
| | Ge Capial Solution Po Box 822108 Philadelphia, PA 19182-2108 | | | | | |
| | Ge Capital Solutions PO Box 822108 Philadelphia, PA 19182-2108 | | | | | |
| | Ge Capital Solutions PO Box 822108 Philadelphia, PA 19182-2108 | | | | | |
| | Ge Capital Solutions PO Box 822108 Philadelphia, PA 19182-2108 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Key Equipment Finance 3075 Highland Parkway, 7th Floor Downers Grove, IL 60515 | | | | | |
| | MediCarp Credit Corporation 3333 Warenville Rd., Ste. 235 Lisle, IL 60532 | | | | | |
| | National City Commercial Capital Company, LLC 995 Dalton Avenue Cincinnati, OH 45203 | | | | | |
| | Navistar Financial Corporation 75 Remittance Drive, Ste. 1852 Wood Dale, IL 60191 | | | | | |
| | Navistar Financial Corporation P.O. Box 96070 Chicago, IL 60693 | | | | | |
| | Toyota Motor Credit Corporation 19001 S. Western Ave, Mailstop WF11 Torrance, CA 90501 | | | | | |
| | Volvo Financial Services 7025 Albert Pick Road, Ste. 105 PO Box 26131 Greensboro, NC 27402-6131 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Volvo Financial Services 7025 Albert Pick Road, Ste. 105 PO Box 26131 Greensboro, NC 27402-6131 | | | | | |
| | Volvo Financial Services 7025 Albert Pick Road, Ste. 105 PO Box 26131 Greensboro, NC 27402-6131 | | | | | |
| 1 | Illinois Department of Employment Security | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Associated Bank | | | | | |
| Bank of America | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Employment S PO Box 19286 Springfield, IL 62794-9286 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | American Express PO Box 0001 Los Angeles, CA 90096-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Finance 5124 N. Harlem Ave. Harwood Heights, IL 60706 | | | | | |
| | American General Finance 5124 N. Harlem Ave. Harwood Heights, IL 60706 | | | | | |
| | Arkansas Public Services Commission Tax Division PO Box 8021 Little Rock, AR 72203 | | | | | |
| | Bally Total Fitness 12440 East Imperial Suite 3 Norwalk, CA 90650 | | | | | |
| | Capital One Po Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Charter One 1215 Superior Ave. Cleveland, OH 44114-3299 | | | | | |
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Chase c/o Cardmember Services PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Citi Po Box 6000 The Lakes, NV 89163 | | | | | |
| | Citi PO Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Fia Csna Po Box 17054 Wilmington, DE 19884 | | | | | |
| | First Communications 200 East Randolph St., Ste 200 Chicago, IL 60601 | | | | | |
| | First Equlity Card Corp. Po Box 23029 Vienna, GA 31092-3029 | | | | | |
| | Fleet-Tech Transportation Services PO Box 300848 Memphis, TN 38130 | | | | | |
| | Harris FIA Card Services Po Box 15019 Wilmington, DE 19886-5019 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kansas Corporation Commission Transportation Division 1500 SW Arrowhead Road Topeka, KS 66604-4027 | | | | | |
| | Kay Jewelers Po Box 740425 Cincinnati, OH 45274-0425 | | | | | |
| | Macys Po Box 689195 Des Moines, IA 50368-9195 | | | | | |
| | Mcydsnb 9111 Duke Blvd. Mason, OH 45040 | | | | | |
| | T-Mobile PO Box 742596 Cincinnati, OH 45274-2596 | | | | | |
| | Todor Atanassov c/o Keating, O'Gara, Nedved & Peter 530 South 13th St., Ste. 100 Lincoln, NE 68508 | | | | | |
| | US Bank/Na ND 4325 17th Ave., S Fargo, ND 58125 | | | | | |
| 6 | Charter One Bank Div of | | | | | |
| 8 | Fsb American Express Bank | | | | | |
| 2 | General Electric Capital Corp | | | | | |
| 9 | Key Equipment Finance Inc | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Pnc Equipment Finance, Llc | | | | | |
| 4 | VFS Leasing Co. | | | | | |
| 5 | Volvo Financial Services, a division of VFS US LLC | | | | | |
| 3 | Volvo Financial Services, a division of VFS US LLC | | | | | |
| 1 | Illinois Department of Employment Security | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-45018 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|---|
| Case Name: | UNITED GROUP INTERNATIONAL, INC. | | | | | Date Filed (f) or Converted (c): | 11/27/2009 (f) |
| | | | | | | 341(a) Meeting Date: | 01/11/2010 |
| For Period Ending: | 06/01/2015 | | | | | Claims Bar Date: | 06/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  SURPLUS FROM SALE OF TRUCKS (u) | Unknown | 0.00 | | 32,381.65 | FA |
| 2.  AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK WITH APPR | 85,000.00 | Unknown | | 0.00 | FA |
| 3.  AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK WITH APPR | 85,000.00 | Unknown | | 0.00 | FA |
| 4.  AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK WITH APPR | 100,000.00 | Unknown | | 0.00 | FA |
| 5.  AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK WITH APPR | 100,000.00 | Unknown | | 0.00 | FA |
| 6.  AUTOMOBILE OR OTHER VEHICLE - 2010 UTILITY TRAILER | 60,000.00 | Unknown | | 0.00 | FA |
| 7.  AUTOMOBILE OR OTHER VEHICLE - 2010 UTILITY TRAILER | 60,000.00 | Unknown | | 0.00 | FA |
| 8.  AUTOMOBILE OR OTHER VEHICLE - 2010 UTILITY TRAILER | 60,000.00 | Unknown | | 0.00 | FA |
| 9.  AUTOMOBILE OR OTHER VEHICLE - 2010 UTILITY TRAILER | 60,000.00 | Unknown | | 0.00 | FA |
| 10.  AUTOMOBILE OR OTHER VEHICLE - 2007 VOLVO SEMITRUCK | 60,000.00 | Unknown | | 0.00 | FA |
| 11.  AUTOMOBILE OR OTHER VEHICLE - 2007 VOLVO SEMITRUCK | 60,000.00 | Unknown | | 0.00 | FA |
| 12.  AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 13.  AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 14.  AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 15.  AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 16.  AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 17.  AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 90,000.00 | Unknown | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 09-45018 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|---|
| Case Name: | UNITED GROUP INTERNATIONAL, INC. | | | | | Date Filed (f) or Converted (c): | 11/27/2009 (f) |
| | | | | | | 341(a) Meeting Date: | 01/11/2010 |
| For Period Ending: | 06/01/2015 | | | | | Claims Bar Date: | 06/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18.  AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 90,000.00 | Unknown | | 0.00 | FA |
| 19.  AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 90,000.00 | Unknown | | 0.00 | FA |
| 20.  AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 21.  AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 22.  AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 23.  AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 24.  AUTOMOBILE OR OTHER VEHICLE - FRHT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 25.  AUTOMOBILE OR OTHER VEHICLE- 2006 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 26.  AUTOMOBILE OR OTHER VEHICLE- 2006 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 27.  AUTOMOBILE OR OTHER VEHICLE- 2006 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 28.  AUTOMOBILE OR OTHER VEHICLE- 2006 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 29.  AUTOMOBILE OR OTHER VEHICLE- 2007 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 30.  AUTOMOBILE OR OTHER VEHICLE- 2007 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 31.  AUTOMOBILE OR OTHER VEHICLE- 2007 UTILITY TRAILER | 13,000.00 | Unknown | | 0.00 | FA |
| 32.  AUTOMOBILE OR OTHER VEHICLE- 2007 UTILITY TRAILER | 8,000.00 | Unknown | | 0.00 | FA |
| 33.  AUTOMOBILE OR OTHER VEHICLE- 2007 UTILITY TRAILER | 8,000.00 | Unknown | | 0.00 | FA |
| 34.  AUTOMOBILE OR OTHER VEHICLE- 2006 UTILITY TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 35.  AUTOMOBILE OR OTHER VEHICLE - 2006 STOUGHT TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 36.  AUTOMOBILE OR OTHER VEHICLE - 2006 STOUGHT TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 37.  AUTOMOBILE OR OTHER VEHICLE - 2006 STOUGHT TRAILER | 5,000.00 | Unknown | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 09-45018 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | UNITED GROUP INTERNATIONAL, INC. | | | | Date Filed (f) or Converted (c): | 11/27/2009 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2010 |
| For Period Ending: | 06/01/2015 | | | | Claims Bar Date: | 06/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 38.  AUTOMOBILE OR OTHER VEHICLE- 2007 VOLVO SEMI TRUCK | 50,000.00 | Unknown | | 0.00 | FA |
| 39.  AUTOMOBILE OR OTHER VEHICLE- 2007 VOLVO SEMI TRUCK | 50,000.00 | Unknown | | 0.00 | FA |
| 40.  AUTOMOBILE OR OTHER VEHICLE- 2007 VOLVO SEMI TRUCK | 50,000.00 | Unknown | | 0.00 | FA |
| 41.  AUTOMOBILE OR OTHER VEHICLE- 2007 VOLVO SEMI TRUCK | 50,000.00 | Unknown | | 0.00 | FA |
| 42.  AUTOMOBILE OR OTHER VEHICLE - FRHT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 43.  AUTOMOBILE OR OTHER VEHICLE- 2009 VOLVO SEMI TRUCK | 80,000.00 | Unknown | | 0.00 | FA |
| 44.  AUTOMOBILE OR OTHER VEHICLE- 2009 VOLVO SEMI TRUCK | 80,000.00 | Unknown | | 0.00 | FA |
| 45.  AUTOMOBILE OR OTHER VEHICLE- 2009 VOLVO SEMI TRUCK | 80,000.00 | Unknown | | 0.00 | FA |
| 46.  AUTOMOBILE OR OTHER VEHICLE- FHRT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 47.  AUTOMOBILE OR OTHER VEHICLE- FHRT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 48.  AUTOMOBILE OR OTHER VEHICLE- FHRT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 49.  AUTOMOBILE OR OTHER VEHICLE- 2009 FHRT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 50.  AUTOMOBILE OR OTHER VEHICLE- 2009 FHRT SEMI TRUCK | 100,000.00 | Unknown | | 0.00 | FA |
| 51.  AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 52.  AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 53.  AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO SEMITRUCK | 85,000.00 | Unknown | | 0.00 | FA |
| 54.  AUTOMOBILE OR OTHER VEHICLE - 2007 VOLVO SEMITRUCK | 5,000.00 | Unknown | | 0.00 | FA |
| 55.  AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 65,000.00 | Unknown | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-45018 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | UNITED GROUP INTERNATIONAL, INC. | | | | Date Filed (f) or Converted (c): | 11/27/2009 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2010 |
| For Period Ending: | 06/01/2015 | | | | Claims Bar Date: | 06/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 56.  AUTOMOBILE OR OTHER VEHICLE - 2008 VOLVO SEMITRUCK | 65,000.00 | Unknown | | 0.00 | FA |
| 57.  AUTOMOBILE OR OTHER VEHICLE - 2009 UTILITY REEFER | 35,000.00 | Unknown | | 0.00 | FA |
| 58.  AUTOMOBILE OR OTHER VEHICLE - 2009 UTILITY REEFER | 35,000.00 | Unknown | | 0.00 | FA |
| 59.  AUTOMOBILE OR OTHER VEHICLE - 2009 UTILITY REEFER | 35,000.00 | Unknown | | 0.00 | FA |
| 60.  AUTOMOBILE OR OTHER VEHICLE - 2004 STRICKS TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 61.  AUTOMOBILE OR OTHER VEHICLE - 2004 STRICKS TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 62.  AUTOMOBILE OR OTHER VEHICLE - 2004 STRICKS TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 63.  AUTOMOBILE OR OTHER VEHICLE - 2004 STRICKS TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 64.  AUTOMOBILE OR OTHER VEHICLE - 2004 STRICKS TRAILER | 5,000.00 | Unknown | | 0.00 | FA |
| 65.  OFFICE EQUIPMENT | 500.00 | 500.00 | | 0.00 | FA |
| 66.  BANK ACCOUNT - CHASE | 1,000.00 | Unknown | | 0.00 | FA |
| 67.  BANK ACCOUNT - CHASE | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 68.  BANK ACCOUNT - CHASE | 500.00 | 500.00 | | 0.00 | FA |
| 69.  BANK ACCOUNT - WASH MUTUAL | 100.00 | 100.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.37 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $3,630,100.00          $2,100.00          $32,389.02          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS CASE IS READY TO BE CLOSED AND A TFR WILL BE FILED IN 1Q 2015

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2011          Current Projected Date of Final Report (TFR): 12/01/2014

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-45018
Case Name: UNITED GROUP INTERNATIONAL, INC.

Taxpayer ID No: XX-XXX5130
For Period Ending: 06/01/2015

Trustee Name:  GREGG SZILAGYI
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX5401
Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX2338 | Transfer of Funds | 9999-000 | $31,948.10 | | $31,948.10 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $19.69 | $31,928.41 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $20.34 | $31,908.07 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $19.67 | $31,888.40 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.31 | $31,868.09 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $47.37 | $31,820.72 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $42.73 | $31,777.99 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $47.24 | $31,730.75 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $45.65 | $31,685.10 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $47.11 | $31,637.99 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $45.52 | $31,592.47 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $46.97 | $31,545.50 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $46.90 | $31,498.60 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $45.32 | $31,453.28 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $46.76 | $31,406.52 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $45.19 | $31,361.33 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.62 | $31,314.71 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Page Subtotals:                    $31,948.10        $633.39

Case 09-45018   Doc 63   Filed 06/09/15   Entered 06/09/15 12:12:42   Desc Main
Document   Page 18 of 24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-45018
Case Name: UNITED GROUP INTERNATIONAL, INC.

Trustee Name: GREGG SZILAGYI
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5401
Checking Acccount

Taxpayer ID No: XX-XXX5130
For Period Ending: 06/01/2015

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.56 | $31,268.15 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.99 | $31,226.16 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.42 | $31,179.74 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.86 | $31,134.88 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.29 | $31,088.59 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.73 | $31,043.86 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.16 | $30,997.70 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.09 | $30,951.61 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.53 | $30,907.08 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.95 | $30,861.13 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.40 | $30,816.73 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.81 | $30,770.92 |

Page Subtotals:   $0.00   $543.79

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-45018 | Trustee Name: GREGG SZILAGYI |
| Case Name: UNITED GROUP INTERNATIONAL, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5401 |
| | Checking Acccount |
| Taxpayer ID No: XX-XXX5130 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/01/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/15 | 1002 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,988.90 | $26,782.02 |
| 04/08/15 | 1003 | BALDI BERG & WALLACE<br>20 NORTH CLARK STREET<br>CHICAGO, IL  60602 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $4,030.50 | $22,751.52 |
| 04/08/15 | 1004 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $1.35 | $22,750.17 |
| 04/08/15 | 1005 | General Electric Capital Corp<br>300 E John Carpenter Fwy Ste 207<br>Irving, TX  75062 | Final distribution to claim 2 representing a payment of 1.93 % per court order. | 7100-000 | | $6,869.40 | $15,880.77 |
| 04/08/15 | 1006 | Volvo Financial Services, a division of VFS US LLC<br>c/o Megan M. Adeyemo, Esq.<br>Gordon & Rees LLP<br>555 17th St., Ste. 3400<br>Denver, CO  80202 | Final distribution to claim 3 representing a payment of 1.93 % per court order. | 7100-000 | | $2,002.45 | $13,878.32 |
| 04/08/15 | 1007 | VFS Leasing Co.<br>c/o Megan M. Adeyemo, Esq.<br>Gordon & Rees LLP<br>555 17th St., Ste. 3400<br>Denver, CO  80202 | Final distribution to claim 4 representing a payment of 1.93 % per court order. | 7100-000 | | $2,245.39 | $11,632.93 |
| 04/08/15 | 1008 | Volvo Financial Services, a division of VFS US LLC<br>c/o Megan M. Adeyemo, Esq.<br>Gordon & Rees LLP<br>555 17th St., Ste. 3400<br>Denver, CO  80202 | Final distribution to claim 5 representing a payment of 1.93 % per court order. | 7100-000 | | $4,243.76 | $7,389.17 |
| 04/08/15 | 1009 | Charter One Bank Div of RBS, Citzens N A<br>443 Jefferson Blvd West<br>Warwick, RI  02886<br>Attn: Courtney Izzo | Final distribution to claim 6 representing a payment of 1.93 % per court order. | 7100-000 | | $1,154.01 | $6,235.16 |
| 04/08/15 | 1010 | Pnc Equipment Finance, Llc<br>Attn: Candence Freede<br>995 Dalton Ave.<br>Cincinnati, Oh 45203 | Final distribution to claim 7 representing a payment of 1.93 % per court order. | 7100-000 | | $933.98 | $5,301.18 |

Page Subtotals: $0.00    $25,469.74

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 09-45018 | | | | Trustee Name: GREGG SZILAGYI | | | Exhibit 9 |
|---|---|---|---|---|---|---|---|
| Case Name: UNITED GROUP INTERNATIONAL, INC. | | | | Bank Name: Associated Bank | | | |
| | | | | Account Number/CD#: XXXXXX5401 | | | |
| | | | | Checking Acccount | | | |
| Taxpayer ID No: XX-XXX5130 | | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 06/01/2015 | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/15 | 1011 | Fsb American Express Bank C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 8 representing a payment of 1.93 % per court order. | 7100-000 | | $177.43 | $5,123.75 |
| 04/08/15 | 1012 | Key Equipment Finance Inc 1000 S. Mccaslin Blvd Superior, Co 80027 | Final distribution to claim 9 representing a payment of 1.93 % per court order. | 7100-000 | | $5,123.75 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $31,948.10 | $31,948.10 |
| Less: Bank Transfers/CD's | | $31,948.10 | $0.00 |
| Subtotal | | $0.00 | $31,948.10 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $31,948.10 |

| Page Subtotals: | $0.00 | $5,301.18 |
|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 09-45018 | |
| Case Name: UNITED GROUP INTERNATIONAL, INC. | |
| | Trustee Name: GREGG SZILAGYI |
| | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX2338 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX5130 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/01/2015 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/03/10 | 1 | NAVISTAR | SURPLUS FROM SALE OF TRUCK COLLATERAL | 1229-000 | $32,381.65 | | $32,381.65 |
| 11/30/10 | INT | Bank of America | Interest Rate  0.030 | 1270-000 | $0.61 | | $32,382.26 |
| 12/31/10 | INT | Bank of America | Interest Rate  0.030 | 1270-000 | $0.83 | | $32,383.09 |
| 01/31/11 | INT | Bank of America | Interest Rate  0.030 | 1270-000 | $0.83 | | $32,383.92 |
| 02/28/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.25 | | $32,384.17 |
| 03/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.28 | | $32,384.45 |
| 04/29/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.26 | | $32,384.71 |
| 05/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.28 | | $32,384.99 |
| 06/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.27 | | $32,385.26 |
| 07/29/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.27 | | $32,385.53 |
| 08/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.28 | | $32,385.81 |
| 09/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.27 | | $32,386.08 |
| 10/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.28 | | $32,386.36 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $41.26 | $32,345.10 |
| 11/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.27 | | $32,345.37 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $39.88 | $32,305.49 |
| 12/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.27 | | $32,305.76 |
| | | | Page Subtotals: | | $32,386.90 | $81.14 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 09-45018
Case Name: UNITED GROUP INTERNATIONAL, INC.

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX2338
MONEY MARKET ACCOUNT

Taxpayer ID No: XX-XXX5130
For Period Ending: 06/01/2015

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/11 |  | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 |  | $39.83 | $32,265.93 |
| 01/31/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.28 |  | $32,266.21 |
| 01/31/12 |  | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 |  | $42.32 | $32,223.89 |
| 02/29/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.26 |  | $32,224.15 |
| 02/29/12 |  | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 |  | $38.30 | $32,185.85 |
| 03/30/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.26 |  | $32,186.11 |
| 03/30/12 |  | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 |  | $39.57 | $32,146.54 |
| 04/30/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.27 |  | $32,146.81 |
| 04/30/12 |  | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 |  | $40.84 | $32,105.97 |
| 05/31/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.27 |  | $32,106.24 |
| 05/31/12 |  | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 |  | $40.79 | $32,065.45 |
| 06/29/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.25 |  | $32,065.70 |
| 06/29/12 |  | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 |  | $38.11 | $32,027.59 |
| 07/31/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.28 |  | $32,027.87 |
| 07/31/12 |  | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 |  | $42.00 | $31,985.87 |
| 08/30/12 | INT | Bank of America |  | 1270-000 | $0.25 |  | $31,986.12 |
| 08/30/12 |  | Bank of America |  | 2600-000 |  | $38.02 | $31,948.10 |

Page Subtotals: $2.12  $359.78

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-45018 | Trustee Name: GREGG SZILAGYI |
| Case Name: UNITED GROUP INTERNATIONAL, INC. | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX2338 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX5130 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/01/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer to Acct# XXXXXX5401 | Transfer of Funds | 9999-000 | | $31,948.10 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $32,389.02 | $32,389.02 |
| Less: Bank Transfers/CD's | | $0.00 | $31,948.10 |
| Subtotal | | $32,389.02 | $440.92 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $32,389.02 | $440.92 |

Page Subtotals:                    $0.00          $31,948.10

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2338 - MONEY MARKET ACCOUNT | $32,389.02 | $440.92 | $0.00 |
| XXXXXX5401 - Checking Acccount | $0.00 | $31,948.10 | $0.00 |
| | $32,389.02 | $32,389.02 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $32,389.02 |
| Total Gross Receipts: | $32,389.02 |